USA
Plaintiff

VS: CR04-79-01S

Jensy Brea
Defendant

# EXHIBIT RECEIPT

Government's Exhibits 1, 2

Attorney

Deputy clerk